David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| GIGUERE, THEODORE P<br>GIGUERE, BOBBI J<br>GIGUERE, TED | Case No. 09-09592-PHX RJH<br><br>NOTICE OF TRUSTEE'S INTENT<br>TO ABANDON PROPERTY |
| Debtor(s) | |

NOTICE IS GIVEN THAT <u>DAVID A. BIRDSELL</u>, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate:

PROPERTY KNOWN AS: 10829 S. YUTA ST. PHOENIX, AZ 85044 (LIENS, HOMESTEAD AND COSTS TO SELL THE PROPERTY EXCEEDS RELATIVE MARKET VALUE)

Any person opposing the abandonment shall file a written objection and request for a hearing within 20 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, 230 N. First Ave. #101 Phoenix, Az. 85003-1706. A copy of the objection shall be mailed forthwith to the Trustee and his/her Attorney at the following address:

TRUSTEE: <u>DAVID A. BIRDSELL, TRUSTEE, 216 N. CENTER, MESA, AZ 85201</u>

ATTORNEY FOR TRUSTEE: <u>NONE ASSIGNED</u>

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

| July 23, 2009 | /s/ David A. Birsdell |
|---|---|
| Date | DAVID A. BIRDSELL, Trustee |