Bobbi Jean Giguere
10829 South Yuta St
Phoenix, AZ 85044-1531
(480) 208-0284

FILED
2009 AUG -4 PM 4:04
U.S. BANKRUPTCY CLERK
DISTRICT OF ARIZONA

August 4, 2009
Re: Bankruptcy Case #09-09592
    Wells Fargo Loan # 0201095714

*emergancy motion to reconsider as an objection to motion to stay —*

To whom it may concern,

    Im writing to you about the situation with my home listed at the address above. Im at a loss as what to do and have been trying to save my home for myself and my 15 year old son since I became unemployed on Dec. 18, 2008.

    Let me begin at the beginning, on Dec.18, 2008 I lost my job of 22+ years and then on January 12, 2009 my husband of 21 +years packed up and moved out due to his need to be single. Of course taking with him the only income we had at the time. We are still separated and after the bankruptcy is discharged we will be filing for divorce ending 2 decades of our lives. I was/am getting unemployment from the state of Arizona, but at $240.00 a week it surely doesn't go far when solely supporting my son and me. I'm trying but am finding it very hard to catch up and keep up! I have also recently had to get food stamps and state medical coverage for my son and me.

    I made a $900.00 payment (almost a whole month of my unemployment) to Wells Fargo in February 09 in accordance to their plan. Ted also paid $500.00 in February or march and told me he would "take over the house payments" so Joshua and I wouldn't be out in the street. Well that was a nice thought, but after that initial $500.00 he has paid nothing and I just can't, due to trying to keep the basics on. (By the way that money at Well Fargo is listed on line as "un-used funds!)

    In January 09 I mailed and faxed all the information that Wells Fargo wanted to do a "re-modification" on my loan. In checking on the results I was continually told "they have 60 to 90 days to make a plan. In checking in March 09, I was essentially told, *"what paperwork?, what re-modification?, what are you talking about?".* So I **re-mailed and re faxed** all the paperwork again, and was told that "they had 60 to 90 days to again make a decision. On June 17, 09, the 90th day, I called and AGAIN was asked, *"what paperwork?, what re-modification? WHAT ARE YOU TALKING ABOUT?".* So I **AGAIN re-mailed and re-faxed** all the paperwork, just changing the dates as the "supervisor" I talked to told me to do.

    In the mean time of course, Ted and I filed the bankruptcy, with a legal aid helping us with the paperwork. I filled out the paperwork myself and did mark that I would **reaffirm the house loan**, thinking Wells Fargo was working with me. When we filed our paperwork with the court, they were still in their "60-90 days" to help me. Then I get a letter from their lawyer saying the filed for

foreclosure on **June 11, 2009. Before the 90 days was up!** In calling Wells Fargo, I was told *"your in bankruptcy, we can't talk to you without your lawyer".* Well I didn't use a lawyer and I tried to explain that to them. I got nowhere! Their lawyer just kept telling me *"to hire a lawyer",* I tried to explain to them that if I could afford a lawyer, I wouldn't be behind on the house payments! To no avail!

    Then this week I get a letter through the courts from our trustee telling me to **"abandon the property"**. **I can't** do this mentally, emotionally or financially at this time. It **is and has** been my goal to **save** the home so my son and I and my elderly mother who lives with us, but am getting **NOWHERE** with Wells Fargo or their lawyer!

    What can I do? Im willing to pay on the house, but right now can't afford much and am getting very little help from my husband, who at this point and time is "helping his girlfriend & new family (her children) buy a home in El Mirage." Im hoping by writing and explaining the situation to all involved, I can maybe get some help.

    I do plan on filling for divorce and asking for spousal matinance, as my doctor is not releasing me to return to work right now due to health and emotional issues. I am currently looking into getting disability, but as of yet haven't.

    **Please please** help me, I don't know where to turn or what to do!
Thank you for your time!


                                              Bobbi Jean Giguere
                                              August 4, 2009


CC: US BANKRUPTCY COURT (brought in person)
      WELLS FARGO MORTAGE (Faxed 8-4-09 to 803-396-6011)
      TRUSTEE DAVID A BIRDSELL (Faxed 8-4-09 to 480-644-1082)