**SIGNED.**

**Dated: August 06, 2009**



_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| | ) | CASE NO. 2:09-bk-09592-RJH |
| THEODORE P. GIGUERE and | ) | |
| BOBBI J. GIGUERE, | ) | ORDER VACATING ORDER LIFTING |
| | ) | AUTOMATIC STAY |
| | ) | |
| Debtors. | ) | AND |
| | ) | |
| | ) | ORDER DIRECTING WELLS FARGO |
| _____ | ) | BANK TO SHOW CAUSE |

IT IS ORDERED:

Granting the Debtor's emergency motion for reconsideration (docket #37),

Vacating the order granting motion for relief from stay (docket #34), and

Directing Wells Fargo Bank to appear and show cause, through its senior officer in charge of the Bank's home loan modification department and/or the Bank's participation in the Home Affordable Modification Program at 1:30 p.m. on Thursday, August 20, 2009, in Courtroom 603, 6th Floor, 230 North First Avenue, Phoenix, Arizona. The Wells Fargo senior loan modification officer shall have fully reviewed the Debtor's loan file and come prepared to testify as to whether the Debtor had applied for a loan modification and provided all of the necessary financial information in January of 2009, and whether the Bank misrepresented to the Debtor in March of 2009, and again on or about June 17, 2009, that it had not received any loan modification application or supporting financial information from the Debtor. The senior loan modification officer shall also come prepared to testify whether the Bank told the Debtor, on or about June 17, 2009, to resubmit paperwork for a loan modification without informing the Debtor that the Bank had already filed a motion for relief from the automatic stay so that it

could foreclose notwithstanding the fact that the Debtor's previous loan modification application was still pending, and then when the Debtor called to find out about the progress on the June 17 loan modification application the Bank told her it could only talk to her through a lawyer. Finally, the senior loan modification officer shall come prepared to testify as to Wells Fargo's policies, standards and requirements for granting a loan modification, and whether the Debtors do or do not qualify for such a modification based on the financial information provided to the Bank and/or the schedules filed in this case.

DATED AND SIGNED ABOVE

Copy of the foregoing mailed
this 7th day of August, 2009, to:

Mark Bosco, Esq.
Tiffany & Bosco, P.A.
2525 East Camelback Road, Suite 300
Phoenix, AZ 85016
Attorneys for Wells Fargo Bank

Theodore P. Giguere
Bobbi J. Giguere
10829 South Yuta Street
Phoenix, AZ 85004
Debtors Pro se

 /s/ Pat Denk
Judicial Assistant