Dear Your Honor,

   I read an article about how you are having an executive from Wells Fargo testify about the bank's loan modification policies. I am attempting to get my mortgage modified through Wells Fargo and have not been successful.

   I bought my home 8 years ago and have been in very good standing with this institution. Two years ago circumstances in my life changed and my spouse divorced me and left me the home. The first thing I tried with the bank was to refinance my loan to get my husband off the loan, they told me no because I was a single income and did not qualify and sent me to the assumption department where I denied as well. I then heard about the refinancing through making homes affordable program and was told that the program only covered loans up to 417K. My loan is 545K, I was denied. I later learned that the program covered houses in my area for over 600K, but by that time I had lost so much equity that I no longer qualified. Then I contacted the Loss Mitigation Department to apply to modify my loan. I was first told "We don't modify loans". Next when I called back a week later I was told "You need to be at least 3 months behind on your mortgage before we will consider modifying your loan" It was even suggested that I stop paying and then contact them in a few months. This seemed too risky to me and I wanted to keep my credit in good standing so I continue to pay my mortgage every month on time. Several weeks after that I talked to yet another person and was told that I could apply for a loan modification. For the last several months I have done everything they ask of me, send every document they ask for. First they ask me to send a hardship letter and a work out sheet and if they needed anymore documents they would contact me. Every week or so they would call and leave an electronic message to call them back. Usually when I called back no one could tell me why I was returning their call. Occasionally I would be asked to fax another document. I would fax the document, several days later I would get another message to call them back, when returning the call I would be informed they never received the fax. I would tell them I sent it several days ago, their response would be"We are really busy here" and "call back in a few days to see if the fax surfaces". I would call back again and they said they never got it, so I would send it again and again. Then the process of them asking for another document would begin again with the same "We lost your document" "We cant find your documents" "Try sending it again" This went on for two months until the loan modification process conveniently expired, and then they tell me that the reason was because the very first document I sent them which was the hardship letter was not signed by my ex husband which in the beginning they told me that he did not have to sign it. So I am back at square one and in the meantime my situation is not getting any better. I have started the process all over again and they are doing the exact same thing as they did the last time. "Not getting faxes" delaying and denying. I can't figure out if the Wells Fargo Loss Mitigation department is incompetent and not helping people or in collusion to not help people. I would like to believe the former but with the same outcome over and over I am inclined to believe the latter.  I'm glad that you are making them explain themselves. Because the only explanation us people trying to get their help are getting from them is misinformation and empty promises.  Thank You for your time

 Sincerely,
Michelle