# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | THEODORE P & BOBBI J GIGUERE |
| **Case Number:** | 2:09-bk-09592-RJH    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 03, 2009 01:00 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matter:

DEBTOR'S EMERGENCY MOTION FOR RECONSIDERATION OF ORDER ENTERED 7/28/9 GRANTING WELLS FARGO BANK STAY RELIEF & ORDER TO SHOW CAUSE
R / M #:   37 / 0

### Appearances:

THEODORE P GIGUERE & BOBBI J GIGUERE, DEBTOR
STEVE JEROME, ATTORNEY FOR WELLS FARGO BANK

### Proceedings:

The court reviews the background of the case and the history leading up to the OSC.

Mr. Jerome presents his opening statement and expresses concerns with discussing the debtor's private financial information in the courtroom.

Ms. Giguere has no objection.

Mr. Jerome calls Joseph Ohayon to the stand.  He is sworn & examined.

Ms. Giguere cross examines.

The court questions Mr. Ohayon.

Mr. Jerome discusses the loan modification issues with the court.  He makes an oral motion for stay relief.

COURT:  IT IS ORDERED granting the oral motion.  Counsel is directed to do a notice of lodging order.  The court
         will lift the stay to authorize Wells Fargo to consider and implement a loan modification, but there is no
         authority to foreclose.  The court does note that once the discharge is entered, the stay is no longer in
         place.